JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| LARRY C. MILES, individually and on behalf of all others similarly situated;<br><br>    Plaintiff,<br><br>    v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., a California corporation, and DOES 1-50, inclusive;<br><br>    Defendants. | Case No. SACV 09-0262 JVS (RNBx)<br><br>**ORDER TO DISMISS ACTION IN ITS ENTIRETY WITHOUT PREJUDICE**<br><br>Judge:       Hon. James V. Selna<br>Trial Date:  Not Set |

PURSUANT TO THE STIPULATION, it is hereby ordered that this action shall be dismissed in its entirety without Prejudice, all parties to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   November 14, 2009

_____
HONORABLE JAMES V. SELNA
U.S. DISTRICT COURT JUDGE